2:20-cv-01363-IM

## DECLARATION OF

### SCOTT DERRELL FRAZIER
### SID# 12687098

(O.R.C.P. Rule 1E) (28 U.S.C. § 1746)

I, *Scott Derrell Frazier* SID.# 12687098, do declare to be true and the best of my belief and knowledge under penalty of perjury;

1)   I am over the age of (21) twenty-one and personal knowledge of the matters stated herein;

2)   I am currently and have been housed here at Two Rivers Correctional Institution since November 15th, 2007;

3)   On or about November 5th, 2020 Plaintiff pro se, Scott Derrell Frazier, hereby motions this Honorable court to accept a full copy of updated exhibits to Case No.2:20-cv-01363-IM

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY

KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS

EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY."


Dated this 5th, day of November, 2020.

_____
(Signature)

Print Name: *Scott Derrell Frazier*
S.I.D. No. 12687098
O.D.O.C. - T.R.C.I.
82911 Beach Access Rd.
Umatilla, OR. 97882